FIREMEN'S INSURANCE COMPANY OF NEWARK and others, Appellants, vs. BADGER PAINT & HARDWARE STORES, INC., Respondent.

*October 9—November 3, 1953.*

For the appellants there were briefs by *H. O. Wolfe* and *Wolfe, O'Leary & Kenney,* all of Milwaukee, attorneys, and *Vilas H. Whaley* of Racine of counsel, and oral argument by *Mr. H. O. Wolfe* and *Mr. Whaley.*

For the respondent there was a brief by *Whyte, Hirschboeck & Minahan,* attorneys, and *Victor M. Harding* of counsel, all of Milwaukee, and oral argument by *Mr. Harding.*

FAIRCHILD, J.    This case was argued and submitted with the case of *Commerce Ins. Co. v. Badger P. & H. Stores,* ante, p. 174, 60 N. W. (2d) 742, and is ruled by the decision therein.

*By the Court.*—Judgment affirmed.